# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163185(43)

ARCHITECTURAL STAINLESS, INC.,
doing business as ASI EQUIPMENT,
       Plaintiff-Appellant,

v

KARET PROJECTS, LLC, and THOMAS
LEFEVRE,
       Defendants/Cross-Defendants,
and

TIM PARTRIDGE CREEK MALL, LP,
       Defendant/Cross-Defendant/
       Cross-Plaintiff-Appellee,
and

ROBERT C. LEITHAUSER and GWENDOLYN
LEITHAUSER,
       Defendants,
and

TOPLESS INTERIORS, LLC,
       Defendant/Cross-Plaintiff.
_____/

SC: 163185
COA: 353660
Macomb CC: 2018-002821-CB

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 25, 2021.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



Clerk